Trenton Ross Kashima (No. 291405)
**BRYSON HARRIS SUCIU**
**& DeMAY PLLC**
402 W. Broadway, STE 1760
San Diego, CA 92101-8546
619-810-7047
Tkashima @ brysonpllc.com

Robert R. Jimenez (*Pro Hac Vice*)
**BRYSON HARRIS SUCIU**
**& DEMAY PLLC**
201 Sevilla Avenue, Suite 200
Miami, Florida 33134
(786) 206-7896
Rjimenez @ brysonpllc.com

*Attorneys for Plaintiffs and the Proposed Class*




**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

PETER OSTINI, MICHAEL CHAVARRIA, DAVID RAMIREZ, ROBERT PRADO, and STACY PENNING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

IGN ENTERTAINMENT, INC.,

Defendant.

Case No. 5:26-cv-01375-EJD

**STIPULATION EXTENDING DEADLINE TO RESPOND / REPLY TO ECF No. 19 (MOTION TO STAY), ECF No. 22 (MOTION TO DISMISS), AND ECF Nos. 20 AND 23 (REQUESTS FOR JUDICIAL NOTICE)**

Judge: Hon. Edward J. Davila

Current Response Date: June 9, 2026
New Response Date: July 8, 2026
Current Reply Date: June 16, 2026
New Reply Date: July 22, 2026

Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiffs Peter Ostini, Michael Chavarria, David Ramirez, Robert Prado, and Stacy Penning ("Plaintiffs") and Defendant IGN Entertainment, Inc. ("IGN") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS Plaintiffs filed their Complaint on February 16, 2026 (ECF No. 1);

WHEREAS Plaintiffs served IGN on February 19, 2026 (ECF No. 9);

WHEREAS IGN also filed a Motion to Stay on May 26, 2026 (ECF No. 19), to which Plaintiffs' response is due on June 9, 2026, pursuant to Civil Local Rule 7-3(a);

WHEREAS IGN also filed a separate Request for Judicial Notice in support of its Motion to Stay on May 26, 2026 (ECF No. 20), to which Plaintiffs' response is due on the same day, June 9, 2026;

WHEREAS IGN filed its Motion to Dismiss Plaintiffs' Complaint on May 26, 2026 (ECF No. 22)—receiving an agreed ninety-six (96) days of response time after service of the Complaint—making Plaintiffs' current deadline to respond June 9, 2026;

WHEREAS IGN also filed a separate Request for Judicial Notice in support of its Motion to Dismiss on May 26, 2026 (ECF No. 23), to which Plaintiffs' response is due on the same day, June 9, 2026;

WHEREAS, given the complexity of the issues raised in IGN's Motion to Stay, Motion to Dismiss, and both Requests for Judicial Notice, and the volume of legal authority and documentary materials cited and submitted therein, Plaintiffs require an additional thirty (30) days for the current due date of June 9, 2026 to prepare thorough responses to all four filings;

WHEREAS, the Parties have agreed to extend Plaintiffs' deadline to file their opposition to IGN's Motion to Stay and Motion to Dismiss, and their response to IGN's Requests for Judicial Notice, by thirty (30) days, to July 8, 2026;

WHEREAS, the Parties have further agreed to extend IGN's deadline to file its reply in support of its Motion to Stay and Motion to Dismiss, and its reply in support of IGN's Requests for Judicial Notice, by seven (7) days, to July 22, 2026; and

WHEREAS, these extensions will not alter the date of any event or deadline already fixed by the Court,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their respective undersigned counsel, that Plaintiffs' deadline to file their opposition to IGN's Motion to Dismiss, their response to IGN's Requests for Judicial Notice (cited above), and their opposition to IGN's Motion to Stay are each extended by thirty (30) days from the current due date, up to and including July 8, 2026, and IGN's deadline to file its reply in support of its Motion to Stay and Motion to Dismiss, and its reply in support of IGN's Requests for Judicial Notice, by seven (7) days, up to and including to July 22, 2026.

**IT IS SO STIPULATED.**

**Dated: June 5, 2026**

**PERKINS COIE LLP**

**By: *<u>/s/Lauren J. Tsuji</u>***

**Lauren J. Tsuji (Bar No. 300155)**
**James G. Snell (Bar No. 173070)**
**Anna Thompson-Lanners (*Pro Hac Vice*)**

***Attorneys for Defendant IGN Entertainment, Inc.***

**Dated: June 5, 2026**

**BRYSON HARRIS SUCIU & DEMAY PLLC**

**By: *<u>/s/Robert Jimenez</u>***

**Robert R. Jimenez (*Pro Hac Vice*)**
**Trenton R. Kashima (Bar No. 291405)**

***Attorneys For Plaintiffs***

## <u>ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Robert Jimenez, hereby attest that concurrence in the filing of this document has been obtained.

Dated: June 5, 2026

*<u>/s/Robert Jimenez</u>*
Robert R. Jimenez